UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
UNITED STATES OF AMERICA,

    -against-                                    16 cr 262-03 (JGK)

MARCOS DELACRUZ,                      **ORDER**

                  Defendant.
-----------------------------------------------------------X

It is hereby ordered that Anirudh Bansal, Esq., be appointed as counsel for the defendant, Marcos Delacruz, for all purposes.

**SO ORDERED.**

_____
**JOHN G. KOELTL**
**UNITED STATES DISTRICT JUDGE**

Dated: New York, New York
       March 10, 2020

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/10/2020