UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------------X

UNITED STATES OF AMERICA

                   16 cr 262-03 (JGK)

        -against-

MARCOS DELACRUZ,

               Defendant.

-----------------------------------------------------------------X

**KOELTL, DISTRICT JUDGE:**

For the reasons stated on the record, today, the defendant, Marcos Delacruz, is hereby

ordered remanded without prejudice to any applications for release during the period of the

violation of supervised release.

**SO ORDERED.**



                               **JOHN G. KOELTL**
                 **UNITED STATES DISTRICT JUDGE**

Dated: New York, New York
      March 10, 2020

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/10/2020