**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
―――――――――――――――――――――――――――――――――

**UNITED STATES OF AMERICA**

      - against -                                   **16-cr-262-3 (JGK)**

**MARCOS DELACRUZ,**                                       <u>**ORDER**</u>

                Defendant.
―――――――――――――――――――――――――――――――――

**JOHN G. KOELTL, District Judge:**

    The Court has received the attached letter from the defendant, which it sends to the parties.

    The violation of supervised release conference set for May 28, 2020 is adjourned to **June 1, 2020 at 11:00 AM**. The conference shall be a video conference and the Court will give the parties instructions on how to access the video conference at a time before June 1, 2020.

**SO ORDERED.**

**Dated:**    **New York, New York**
             **May 19, 2020**                           /s/ John G. Koeltl
                                                  **John G. Koeltl**
                                      **United States District Judge**

3/31/2020

Hon. Judge John Koltel
Southern Distric of new York
500 Pearl Street
New York, New York 10007

Dear: Hon. Judge John Koltel
Your honor thus are familiar with my situation as well as my Case I did 42 months on a 33 month sentence running concurrent with 30 months impose by thus Hon Court And the Hon Judge G. Carro.
  On my birthday July 24, 2019 I had 39 months in on a 33 months sentence At about 2:41pm my Father Loss his battle with Cancer that same day I turn 29. I remember telling you he was sick, I did not find out till I was realese from USP Hazelton where I saw everything from Assalts to homicide.
  Your honor the BOP, Probation and other Agencys are not Desing to help us better ourselfs And by us I mean the ones that really want to change. See I try to explain to my probation officer that since my time was ran concurrent by law I am only to report to only Federal Probation not both Parol and Probation because my Federal Sentence is Greater than the State And by running it concurren it superseed the State. That only piss them both up so they had me reporting 2 times a week from Long Island to Manhattan I did not have the money to do so And was overwhelm.
  When I ask my Probation About seeing a Psychologist because I felt depress her Answer was Are you getting high or Are you high And refer me to Drug counseling And that was not what I need it, your honor I Ask for help And was ignore...

Your honor what I got lock up in New Jersey For was a mistake commited by the new Jersey State Police..

See the only thing I had on my posesion was 27 Subaxone which, I had A medical precripton For New York State. Subaxone is an opiods Blocker meaning it helps take away the urge of using and help with the illness From using opiods everything else was not mines and when my chace come I will Prove so in the court of law.

Your honor understand me I was Force to do 42 months when this court only Gave me 33 months and the thing I went tru were not Fun. January, 2019 I was stab twice in USP Cannan is all on record, on march 2019 I was Assulted by multiple C.O. while cuff up on the ticket the officers lie and say I Assulted them while my hands were cufft behind my back again is all on record, And now I been place in a cell For the last 3 weeks with no sink I cant drink water or wash my hands. I Fear For my life and Freedom.

All I Ask is For thus court to take into consideration the 9 months I did For nothing and everything I have been going tru, your honor my Family needs me and if I have to pay For my mistakes the B.O.P. And the emploeys who have made mistakes that have Affected me mentally, physicly I want them to pay Just like me. See exibit A //

thank you your honor

Sincerly yours
Marcos DelaCruz
[signature]
M.C.C.
150 park Row
New york, NY. 10007

P.S. your honor today is 3/31/20 and I still Dont have no sink in my Cell 7South G10-774 Please send me home and let me Fix my Jersey case I am not running I just want and need to be there For my Family...



Exhibit A

**U.S. DEPARTMENT OF JUSTICE**
Federal Bureau of Prisons

**REQUEST FOR ADMINISTRATIVE REMEDY**

Case Number: Sensitive 9

*Type or use ball-point pen. If attachments are needed, submit four copies. Additional instructions on reverse.*

From: DeLa Cruz, Marcos  | 77604-054 | 7S G10 774 | MCC N/C
LAST NAME, FIRST, MIDDLE INITIAL | REG. NO. | UNIT | INSTITUTION

**Part A– INMATE REQUEST**

First and Foremost I have Been violated to the extreme For no Reason, my Due Process which falls under my Constitutional rights have Been thrown out the window I've Been placed in a cell with no sink for over a week and half Being Deprived of water with with this Covid 19 virus Going Around, I have exercised All my Available Remedies And never Get A Correct Answer Or A Sink Put in my cell.. (Cell G10-774)

3/23/20
DATE                                SIGNATURE OF REQUESTER

**Part B– RESPONSE**

_____
DATE                                WARDEN OR REGIONAL DIRECTOR

*If dissatisfied with this response, you may appeal to the Regional Director. Your appeal must be received in the Regional Office within 20 calendar days of the date of this response.*

FIRST COPY: WARDEN'S ADMINISTRATIVE REMEDY FILE         CASE NUMBER: _____

CASE NUMBER: _____

**Part C– RECEIPT**
Return to: _____
LAST NAME, FIRST, MIDDLE INITIAL | REG. NO. | UNIT | INSTITUTION

SUBJECT: _____

_____           RECIPIENT'S SIGNATURE (STAFF MEMBER)
DATE

USP LVN                                                                BP-229(13)
                                                                       APRIL 1982

Marcos De la Cruz 77604054
M.C.C. NYC
150 Park Row
New York, NY. 10007

Hon. Judge John Koltl
Southern District of New York
500 Pearl Street
New York, New York, 10007

NEW YORK NY 100
05 APR 2020 PM 9 L

10007-133099

legal mail