UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------X
UNITED STATES OF AMERICA

           -against-

MARCOS DELACRUZ,
                           Defendant.
-----------------------------------------------------X

16 cr 262-03 (JGK)

**ORDER**

      It is hereby ordered that the defendant, Marcos Delacruz, having been sentenced to time served, is hereby ordered released, pending no detainers, from the Bureau of Prisons and the United States Marshal.

**SO ORDERED.**

Dated: New York, New York
       June 8, 2020

                                                  /s/ John G. Koeltl
                                               **JOHN G. KOELTL**
                                      **UNITED STATES DISTRICT JUDGE**