**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------

**UNITED STATES OF AMERICA,**

       - against -                          16-cr-262 (JGK)

**MARCOS DELACRUZ,**                             <u>**ORDER**</u>

                **Defendant.**
------------------------------------------------

**JOHN G. KOELTL, District Judge:**

    The Court has received the attached letter from the defendant.

**SO ORDERED.**

**Dated:**    **New York, New York**
            **March 10, 2021**              /s/ John G. Koeltl
                                                 **John G. Koeltl**
                                       **United States District Judge**

3/7/21

Marcos De la Cruz
- vs -
The Southern Distric
of
New York

16 JGK

Dear: Honorable Judge John G. Koelt

Your Honor First I will like to Apologize to you And this Court For Coming back in Front of you, but the Circustances Are not Similar or equal. Your honor I was not out there Committing Any Crimes, Doing Anything illegal And or hanging Around Felons or ex-Convicts. I was Dedicating my time to my Kids, Family And Working From home (Doing Graphic Designs). Your honor my whole violation is base on my integrity me telling my P.O. Reyes that im moving because I found my Doughters mother with Another man in my bed me telling my P.O. that I slept in my mothers house out of the Southern Distric And that that night I

A little light Due to my health conditions, your honor At the MCC All they are worry About is Covid 19 And Fixing their security they are negligent to everything else, For instance I caught A seizure And was unconcious For 2½ hours it took them 3 hours to respond to my medical problem. Sir I been requesting to see A Doctor For over A month because I was Diagnose with Stomach Cancer And the Doctor just took my pulse And said "your young you can live 20 years with cancer" your honor I went Faithfully to my outpation program even when I stop reporting to probation, I Am not blaming nobody but myself I could've seek Another route but your honor every time that my P.O. tells me to come see him I just remember About those 8½ months that I had to Do extra For A mistake the BOP And the Goverment made And when it was said the Goverment's answer on Record was "yes we made him Do An extra

Never caught my woman with Another man we will never have been in this position, Sad but truth. Again I Am Sorry For Anything I Cause, And me being the only person that was not even present when the robbery occur I have pay more than Any of my pears, Thank you your honor All I Ask is For some Consideration And Compassion. God bless you And your Family thank you

Respectfully Summitted
Marcos Dela Cruz
<i>[signature]</i>
77604-054

MCC NYC
150 Park Row
New York, NY 10007

P.S. Your Honor if I get out by April I can Still have A job At A hair product Company (Milano hair products) 516-249-1075 They know my situation And they Are willing to help me, Thank you