April 26, 2021

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------- X

UNITED STATES OF AMERICA,

          -v-

Macros Delacruz,

                        Defendant.

-------------------------------------- X

**CONSENT TO PROCEED BY VIDEO CONFERENCE**

16-CR-262-3(JGK)

Defendant __Marcos Delacruz__ hereby voluntarily consents to participate in the following proceeding via videoconferencing:

___ Initial Appearance/Appointment of Counsel

___ Arraignment (If on Felony Information, Defendant Must Sign Separate Waiver of Indictment Form)

___ Preliminary Hearing on Felony Complaint

___ Bail/Revocation/Detention Hearing

___ Status and/or Scheduling Conference

_X_ Plea/Trial/Sentence

_____
Defendant's Signature
(Judge may obtain verbal consent on Record and Sign for Defendant)

Marcos Delacruz
Print Defendant's Name

_____
Defense Counsel's Signature

Connor Shea
Print Defense Counsel's Name

This proceeding was conducted by reliable video conference technology.

April 26, 2021
_____
Date

/s/ John G. Koeltl
_____
U.S. District Judge/U.S. Magistrate Judge