March 31, 2020

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

UNITED STATES OF AMERICA,

**CONSENT TO PROCEED BY**
**TELECONFERENCE**

-v-

MARCOS DELACRUZ

*16*-CR-262( 0⊃ )( JGK)

Defendant(s).
------------------------------------------------------------X

Defendant ___ *Marcos Delacruz* ___ hereby voluntarily consents to participate in the following proceeding via videoconferencing:

___ Initial Appearance/Appointment of Counsel

___ Arraignment (If on Felony Information, Defendant Must Sign Separate Waiver of Indictment Form)

___ Preliminary Hearing on Felony Complaint

___ Bail/Revocation/Detention Hearing

___ Status and/or Scheduling Conference

_X_ Plea/Trial/Sentence

*p.p. Marcos Delacruz*
Defendant's Signature
(Judge may obtain verbal consent on
Record and Sign for Defendant)

*Marcos Delacruz*
Print Defendant's Name

Defense Counsel's Signature

*Erik B. Tate*
Print Defense Counsel's Name

This proceeding was conducted by reliable teleconference technology.

_1/6/22_
Date

U.S. District Judge/U.S. Magistrate Judge