# CAHILL GORDON & REINDEL LLP
## 32 OLD SLIP
## NEW YORK, NY 10005

| | | | | |
|---|---|---|---|---|
| HELENE R. BANKS | ARIEL GOLDMAN | TELEPHONE: (212) 701-3000 | BRIAN T. MARKLEY | ANTHONY K. TAMA |
| ANIRUDH BANSAL | PATRICK GORDON | WWW.CAHILL.COM | MEGHAN N. McDERMOTT | JONATHAN D. THIER |
| DAVID L. BARASH | JASON M. HALL | | WILLIAM J. MILLER | JOHN A. TRIPODORO |
| LANDIS C. BEST | STEPHEN HARPER | 1990 K STREET, N.W. | EDWARD N. MOSS | GLENN J. WALDRIP, JR. |
| BRADLEY J. BONDI | WILLIAM M. HARTNETT | WASHINGTON, DC 20006-1181 | NOAH B. NEWITZ | HERBERT S. WASHER |
| BROCKTON B. BOSSON | NOLA B. HELLER | (202) 862-8900 | WARREN NEWTON § | MICHAEL B. WEISS |
| JONATHAN BROWNSON * | CRAIG M. HOROWITZ | | DAVID R. OWEN | DAVID WISHENGRAD |
| JOYDEEP CHOUDHURI * | DOUGLAS S. HOROWITZ | CAHILL GORDON & REINDEL (UK) LLP | JOHN PAPACHRISTOS | C. ANTHONY WOLFE |
| JAMES J. CLARK | TIMOTHY B. HOWELL | 20 FENCHURCH STREET | LUIS R. PENALVER | COREY WRIGHT |
| CHRISTOPHER W. CLEMENT | DAVID G. JANUSZEWSKI | LONDON EC3M 3BY | KIMBERLY PETILLO-DÉCOSSARD | ELIZABETH M. YAHL |
| LISA COLLIER | ELAI KATZ | +44 (0) 20 7920 9800 | SHEILA C. RAMESH | JOSHUA M. ZELIG |
| AYANO K. CREED | JAKE KEAVENY | | MICHAEL W. REDDY | |
| PRUE CRIDDLE ± | BRIAN S. KELLEHER | | OLEG REZZY | |
| SEAN M. DAVIS | RICHARD KELLY | | THORN ROSENTHAL | |
| STUART G. DOWNING | CHÉRIE R. KISER ‡ | (212) 701-3207 | TAMMY L. ROY | * ADMITTED AS A SOLICITOR IN ENGLAND AND WALES ONLY |
| ADAM M. DWORKIN | JOEL KURTZBERG | | JONATHAN A. SCHAFFZIN | ± ADMITTED AS A SOLICITOR IN WESTERN AUSTRALIA ONLY |
| ANASTASIA EFIMOVA | TED B. LACEY | | DARREN SILVER | ‡ ADMITTED IN DC ONLY |
| JENNIFER B. EZRING | MARC R. LASHBROOK | | JOSIAH M. SLOTNICK | § ADMITTED AS AN ATTORNEY IN THE REPUBLIC OF SOUTH AFRICA ONLY |
| HELENA S. FRANCESCHI | ALIZA R. LEVINE | | RICHARD A. STIEGLITZ JR. | |
| JOAN MURTAGH FRANKEL | JOEL H. LEVITIN | | ROSS E. STURMAN | |
| JONATHAN J. FRANKEL | GEOFFREY E. LIEBMANN | | SUSANNA M. SUH | |

January 18, 2022

Hon. John G. Koeltl
United States District Court
500 Pearl Street
Southern District of New York
New York, NY 10007

    Re:    <u>United States v. Marcos Delacruz</u>, 16-cr-262-03 (JGK)

Dear Judge Koeltl:

As the Court is aware, I am lead counsel for the defendant Marcos Delacruz in the above-referenced matter, assisted by my colleagues including Emily Tate. I am writing respectfully to request that Ms. Tate, who is intimately familiar with the relevant facts and legal issues, be permitted to take the lead in arguing on Mr. Delacruz's behalf at the January 18, 2022 sentencing.

I have worked closely with Ms. Tate in every aspect of Mr. Delacruz's defense. Ms. Tate is an excellent lawyer who has played an integral role in our representation of Mr. Delacruz, and developed an exhaustive knowledge of the record. I have consulted with Mr. Delacruz, who is comfortable with Ms. Tate taking the lead in the argument, and naturally I will be fully prepared to assist should the need arise.

Thank you for the Court's consideration of this request. We stand ready to supply any additional information the Court may require.

Respectfully submitted,

/s/ Anirudh Bansal
Anirudh Bansal

**APPLICATION GRANTED**
**SO ORDERED**
/s/ John G. Koeltl, U.S.D.J.
1/18/22

cc:    AUSA Sagar Ravi (via ECF)