UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

       - against -                16-cr-262-3 (JGK)

MARCOS DELACRUZ,                   ORDER

              Defendant.

JOHN G. KOELTL, District Judge:

      The Court received the attached letter from the defendant. The Government should respond by February 22, 2022. The Clerk is directed to mail a copy of this Order to the defendant at the following address and to note service on the docket:

Marcos Delacruz #77604-054
Metropolitan Detention Center
P.O. Box 329002
Brooklyn, New York 11232

SO ORDERED.

Dated:    New York, New York
          February 15, 2022

                                            John G. Koeltl
                                  United States District Judge

FEB 15 2022

2/10/22

Honorable John G. Koeltl
Southern District of New York
500 Pearl Street
New York, N.Y. 10007

Your Honor,

I have repeatedly asked that my time be re-calculated so I can apply under the CARES Act to go home to be able to get to the Dominican Republic to start my rehabilitation plans. My family have arranged for my departure around the same time you gave me the 5 months. Due to the dysfunction and imcompetence of the BOP management and the continual national lockdown I have been completely unable to communicate with my attorney, family or the rehab facility. I feel prison is suppose to be punishment, not abuse and torture. February 21st will be the completion date of my 5 month sentence and this is without any good time I am entitled to under the Cares Act. Thanks in advance for your help and support in seeing that the BOP does what it should do.

Respectfully,

Marcos Dela Cruz #77604-054