UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

UNITED STATES OF AMERICA

    - against -

MARCOS DELACRUZ,

              Defendant.

16-cr-262-3 (JGK)

ORDER

---

JOHN G. KOELTL, United States District Judge:

    By letter dated February 10, 2022, the defendant claims that he should be released because he has finished his term, but he has failed to explain why that is true. The Government responded by letter dated February 23, 2022, explaining that the Bureau of Prisons has calculated the defendant's release date as March 23, 2022. The Government also explains that the defendant has a petition pending with the Bureau of Prisons which has a response due date of March 9, 2022.

    The defendant has failed to show any basis for relief from the Court at this time. The application is therefore denied without prejudice.

    The Clerk is directed to mail a copy of this Order to the defendant at the following address and to note service on the docket:

Marcos Delacruz #77604-054
Metropolitan Detention Center
P.O. Box 329002
Brooklyn, New York 11232

**SO ORDERED.**

Dated: **February 28, 2022**
      **New York, New York**

                                            John G. Koeltl
                                    **United States District Judge**

2