UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

UNITED STATES OF AMERICA

— against —

MARCOS DELACRUZ,

            Defendant.

16-cr-262-3 (JGK)

ORDER

---

JOHN G. KOELTL, United States District Judge:

On March 1, 2022, the Court received the attached letter from the defendant. The Government should respond to the letter by March 11, 2022.

The Clerk is directed to mail a copy of this Order to the defendant at the following address and to note service on the docket:

Marcos Delacruz #77604-054
Metropolitan Detention Center
P.O. Box 329002
Brooklyn, New York 11232

SO ORDERED.

Dated: March 1, 2022
      New York, New York

_____
John G. Koeltl
United States District Judge

MAR 0 1 2022

UNITED STATES DISTRICT COURT                    February 2-~~23-22~~
SOUTHERN DISTRICT OF NEW YORK

United States of America                        16-cr-262-3 (JGK)
        - Against -
    Marcos DeLaCruz #77604-054

Honorable John G. Koeltl District Judge
500 Pearl Street
New York, N.Y. 10007

    I am in receipt of the order entered on February 15, 2022 wherein the court stated the Government should respond by February 22, 2022. Therefore I am writing again to ~~put~~ the court on notice and summarize the following events. Starting September 22, 2021 Mr. DeLaCruz was arrested for an alleged domestic dispute, then arraigned by a DV Judge on Bronx Criminal Court where he was released on his own recognisence. ~~illegible~~ However he was still held because of an outstanding probation federal warrant. He awaited 34 days until the Marshalls came on October 25, 2021 and took him to MDC Brooklyn. The BOP is refusing to calculate and give Mr. DeLaCruz credit for those 34 days

(1)

(continued)

without a court order. Therefore Mr. Dela Cruz's outdate has been extended from February 2, 2022 to March 23, 2022. Mr. Dela Cruz hereby Request the Honorable Judge enter a order instructing the BOP to correct the miscalculation of Mr. Dela Cruz promptly as time is of the essence. If this is not done promptly this will interfere with pre Arrange Flight and rehabilitation program plans that have been paid for. Thank you in advance for your Attention to this pressing issue.

Sincerely,

Marcos Dela Cruz
#77604-054
2-23-22

(2)